# EXHIBIT 3

**Community Bank** N.A.                                                                                  CBU LISTED NYSE®

```
Direct              Community Bank NA              Date  6/14/19            Page      1
Inquiries to:       Pennsylvania Region            Primary Account          ▉▉▉▉▉
                    67 Salem Avenue                Enclosures
                    Carbondale, PA 18407
Telephone:          (570)282-9390
```

APRIL M KELLY
CHARLES J KELLY

## Checking Accounts

```
Carefree Checking                              Check Safekeeping
Account Number        ▉▉▉▉▉▉▉▉▉                Statement Dates    5/17/19 thru  6/16/19
Previous Balance                 198.59-       Days in the statement period          31
   10 Deposits/Credits         3,003.77        Average Ledger                     77.77-
   29 Checks/Debits            2,766.60        Average Collected                  77.77-
Service Charge                     2.00
Interest Paid                       .00
Ending Balance                    36.58
```

|  | Total For This Period | Total Year-to-Date |
|---|---:|---:|
| Overdraft item fees | $210.00 | $1,155.00 |
| Return item fees | $.00 | $.00 |

_____

Service Charge Summary

| Date | Description | Amount |
|---|---|---|
| ▉▉ | ▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ |

_____

Date   Description                                        Credits/Debits           Balance

886

```
Direct         Community Bank NA              Date  6/14/19        Page      2
Inquiries to:  Pennsylvania Region            Primary Account
               67 Salem Avenue                Enclosures
               Carbondale, PA 18407
Telephone:     (570)282-9390
```

APRIL M KELLY
CHARLES J KELLY



Carefree Checking                          (Continued)

Date   Description                    Credits/Debits         Balance

```
Direct          Community Bank NA              Date   6/14/19         Page        3
Inquiries to:   Pennsylvania Region            Primary Account
                67 Salem Avenue                Enclosures
                Carbondale, PA 18407
Telephone:      (570)282-9390
```

        APRIL M KELLY
        CHARLES J KELLY
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
        ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Carefree Checking                    ▇▇▇▇▇▇▇▇  (Continued)

| Date | Description | Credits/Debits | Balance |
|------|-------------|----------------|---------|
| | ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ ▇ ▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇ | ▇▇▇ |
| | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇ | ▇▇▇ |
| 6/03 | DBT CRD 0931 05/31/19 22764612 DTV*DIRECTV 800-347-3288  CA C#1076 | 126.12- | 57.59- |
| 6/03 | Paid Item Fee | 35.00- | 92.59- |
| | (many redacted lines) | | |