UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA THOMPSON and SCOTT DOXEY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMMUNITY BANK, N.A.,<br><br>    Defendant. | CASE NO.  8:19-cv-0919-MAD-CFH |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Settlement Agreement, proposed Postcard/Email Notice and Long Form Notice, and the Joint Declaration of Class Counsel, Plaintiffs Tina Thompson and Scott Doxey will move the Court, before the Honorable Mae A. D'Agostino, at the United States District Court for the Northern District of New York, 445 Broadway, Courtroom 5, Albany, New York 12207, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Dated: January 14, 2021

By: /s/ Jeff Ostrow
Jeff Ostrow (*pro hac vice*)
Jonathan M. Streisfeld (*pro hac vice*)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300
streisfeld@kolawyers.com
ostrow@kolawyers.com

Jeffrey D. Kaliel (*pro hac vice*)
Sophia G. Gold (*pro hac vice*)
**KALIEL PLLC**
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpll.com
sgold@kalielpllc.com

James R. Peluso, Esq. (105634)
**DREYER BOYAJIAN LLP**
75 Columbia Street
Albany, New York 12210
Telephone: (518) 463-7784
jpeluso@dbls.com

*Counsel for Plaintiffs and the Settlement Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2021, the foregoing was filed via CM/ECF, which caused a true and correct copy to be served to all counsel of record.

Respectfully submitted,

By: /s/ Jeff Ostrow
Jeff Ostrow