UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA THOMPSON and SCOTT DOXEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COMMUNITY BANK, N.A.,<br><br>        Defendant. | CASE NO. 8:19-cv-0919-MAD-CFH |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION
FOR ATTORNEYS' FEES AND COSTS AND SERVICE AWARDS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs and Service Awards, the Joint Declaration of Class Counsel, and the Declaration of Cameron Azari, Esq. on Implemental and Adequacy of Settlement Notice Plan, Plaintiffs Tina Thompson and Scott Doxey and Class Counsel will move the Court, before the Honorable Mae A. D'Agostino, on August 25, 2021 at 12:30 p.m. at the United States District Court for the Northern District of New York, 445 Broadway, Courtroom 5, Albany, New York 12207, for an order granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Costs and Service Awards.

Dated: July 12, 2021

By: /s/ Jonathan M. Streisfeld

| | |
|---|---|
| Jeff Ostrow (*pro hac vice*) | Jeffrey D. Kaliel (*pro hac vice*) |
| Jonathan M. Streisfeld (*pro hac vice*) | Sophia G. Gold (*pro hac vice*) |
| **KOPELOWITZ OSTROW** | **KALIEL PLLC** |
| **FERGUSON WEISELBERG GILBERT** | 1100 15th St., NW, 4th Floor |
| One West Las Olas Boulevard, Suite 500 | Washington, D.C. 20005 |
| Fort Lauderdale, Florida 33301 | (202) 350-4783 |
| Telephone: 954-525-4100 | jkaliel@kalielpll.com |
| Facsimile: 954-525-4300 | sgold@kalielpllc.com |
| streisfeld@kolawyers.com | |
| ostrow@kolawyers.com | |

James R. Peluso, Esq. (105634)
**DREYER BOYAJIAN LLP**
75 Columbia Street
Albany, New York 12210
Telephone: (518) 463-7784
jpeluso@dbls.com

*Counsel for Plaintiffs and the Settlement Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2021, the foregoing was filed via CM/ECF, which caused a true and correct copy to be served to all counsel of record.

Respectfully submitted,

By: /s/ Jonathan M. Streisfeld
Jonathan M. Streisfeld